## NEW HAVEN COUNTY ADJOURNED SUPERIOR COURT, A. D. 1784.

### ARABAS v. IVERS.

A person illegally imprisoned may be discharged upon a *habeas corpus*.

THE case was — Jack was a slave to Ivers, and enlisted into the continental army with his master's consent — served dur-

ing the war, and was discharged. Ivers claimed him as his
servant; Jack fled from him to the eastward, Ivers pursued
him, and took him and brought him to New Haven on his
return to New York, where he belonged, and for safe-keeping
while he stayed at New Haven, he got the gaoler to commit
Jack to prison; and upon Jack's application to the court, com-
plaining of his being unlawfully and unjustly holden in
prison, the court issued a *habeas corpus*, to bring Jack before
the court; also ordering the gaoler to certify wherefore he held
Jack in prison; which being done, Ivers was cited before the
court; and upon a summary hearing, Jack was discharged from
his imprisonment, upon the ground that he was a freeman,
absolutely manumitted from his master by enlisting and serv-
ing in the army as aforesaid.